1084

No. 88–6950.   JOHNSON v. ILLINOIS.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–6975.   AHMED v. DEPARTMENT OF THE ARMY.   C. A. Fed. Cir.   Certiorari denied.

No. 88–6984.   ARCHULETA v. KERBY, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 88–7005.   SCHULTZ v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 88–7027.   CURTIS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–7034.   HERMANSKI, AKA LAMBERT v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 88–7068.   CHIZMADIA v. SMILEY'S POINT CLINIC ET AL. Ct. App. Minn.   Certiorari denied.

No. 88–7088.   THOMPSON v. MASSACHUSETTS ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 88–1178.   KEANE v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.   JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 88–1600.   HOLY SPIRIT ASSOCIATION FOR THE UNIFICATION OF WORLD CHRISTIANITY ET AL. v. MOLKO ET AL.   Sup. Ct. Cal.   Motions of National Council of Churches of Christ in the U. S. A. et al. and Society for the Scientific Study of Religion et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 88–1603.   NORTHERN PROPANE GAS CO. v. MCGAHEE. C. A. 11th Cir.   Motion of Business Roundtable for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.